**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Matthew Robert DESCAMPS,
Defendant–Appellant.**

No. 08–30013.

United States Court of Appeals,
Ninth Circuit.

Sept. 16, 2013.

Stephanie A. Van Marter, Assistant U.S., Office of the U.S. Attorney Spokane, WA, for Plaintiff–Appellee.

Dan Bruce Johnson, Dan B. Johnson, P.S., Spokane, WA, for Defendant–Appellant.

Before: WILLIAM A. FLETCHER, RONALD M. GOULD, and RICHARD C. TALLMAN, Circuit Judges.

### ORDER

The original decision entered by this court in this matter, *United States v. Descamps*, 466 Fed.Appx. 563 (9th Cir.2012) (unpublished), was reversed by the Supreme Court of the United States. *See Descamps v. United States*, —— U.S. ——, 133 S.Ct. 2276, 186 L.Ed.2d 438 (2013). We, in turn, reverse and remand to the district court for further proceedings, consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**